AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. opp. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Benavides, Fortunato P. | 5th Circuit Court of Appeals | 05/07/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge; Active | ☐ Nomination, Date  <br> ☐ Initial ☑ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2009 <br> to <br> 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 903 San Jacinto Blvd., Rm. 450 <br> Austin, TX 78701 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board Member | U. of Houston Law Center's Blakely Advocacy Institute's Advisory Board |
| 2. Advisory Board Member | U. of Houston Criminal Justice Institute Advisory Board |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Benavides, Fortunato P.

| Name of Person Reporting | Date of Report |
|---|---|
| Benavides, Fortunato P. | 05/07/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | State of Texas Judicial Retirement System monthly benefits for year | $60,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Southwest Airlines (flight attendant) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. George Mason University | 10/21/09-10/24/09 | San Diego, CA | Educational Seminar | food, lodging, transportation |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benavides, Fortunato P. | 05/07/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Southwestern Life Ins. Co. | loan against policy | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benavides, Fortunato P. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Chase Bank of TX, Austin TX, Related Ckg & Sav. Acct. | B | Interest | L | T | | | | | |
| 2. Chase Bank of TX, Austin, TX; IRA Savings Acct.; | A | Interest | J | T | | | | | |
| 3. Principle Financial Group, Common Stock | A | Dividend | J | T | | | | | |
| 4. Van Kampen Mutual Fund-ACPAX | | None | J | T | | | | | |
| 5. Van Kam Global Franchise Fund Class A (VGFAX) see part VIII | | None | J | T | Merged (with line 5) | 10/02 | J | | |
| 6. 401K-Vanguard Institutional Index Fund | | None | L | T | | | | | |
| 7. 401K-Harbor Capital Appreciation Fund | | None | L | T | | | | | |
| 8. 401K-EuroPac Growth Fund-R5 (RERFX) | | None | L | T | | | | | |
| 9. 401K-Dodge&Cox Stock Fund | | None | L | T | | | | | |
| 10. SW Airlines Profit Sharing Plan-Harbor Capital Appreciation | | None | L | T | | | | | |
| 11. SW Airlines Profit Sharing Plan-EuroPac Gr. Fund-R5(RERFX) | | None | L | T | | | | | |
| 12. SWAirlines Profit Sharing-Dodge&Cox Stock Fund | | None | K | T | | | | | |
| 13. SWAirlines Profit Sharing-Vanguard Inst. Index Fund | | None | K | T | | | | | |
| 14. Royalty Interest, Starr County, TX | C | Royalty | K | W | | | | | |
| 15. University Federal Credit Union, Austin, TX (CD) | A | Interest | K | T | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benavides, Fortunato P. | 05/07/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. Item 5 from 2008 report referred to as MGEAX did not exist at the end of this reported year. Effective October 2, 2009, Van Kampen Mutual Fund-MGEAX merged into Van Kampen Global Franchise Fund Chase A (VGFAX), now reported here in as item 5 in Part VII.

| Name of Person Reporting | Date of Report |
|---|---|
| Benavides, Fortunato P. | 05/07/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



## UNITED STATES COURT OF APPEALS

FORTUNATO P. BENAVIDES
CIRCUIT JUDGE
512-916-5796

FIFTH CIRCUIT
903 SAN JACINTO BOULEVARD, SUITE 450
AUSTIN, TEXAS 78701



May 7, 2010

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Sirs:

Regarding my 2009 Financial Disclosure, Section III was the same as last year. Unfortunately, I neglected to change the dates. This letter serves to correct that the time reflected is for 2009 and serves as an amendment to my 2009 Financial Disclosure Report. The report was sent by United States mail on May 7, 2010.



Enc.

| Name of Person Reporting | Date of Report |
|---|---|
| Benavides, Fortunato P. | 05/07/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 2009 | State of Texas Judicial Retirement System monthly benefits for year | $60,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 2009 | Southwest Airlines (flight attendant) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. George Mason University | 10/21/09-10/24/09 | San Diego, CA | Educational Seminar | food, lodging, transportation |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |